UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KONIK LUBOV,                                            :
individually and as collective representative of        :
other employees similarly situated,                     :
                                                        :
                                                        :       ECF
                       Plaintiff,                       :       21 Civ. 614
                                                        :
                                                        :
        -against-                                       :
                                                        :
                                                        :
HOME FAMILY CARE INC.,                                  :
ALEKSANDER KISELEV and JOHN DOES #1-10,                 :
                                                        :
                       Defendants.                      :
------------------------------------------------------------------------X

**PARTIES' JOINT MOTION
FOR APPROVAL OF SETTLEMENT**

# EXHIBIT B

# TIME AND EXPENSE RECORDS

Dated:  New York, New York
        November 19, 2022

                                LAW OFFICE OF WILLIAM COUDERT RAND
                                William Coudert Rand, Esq.
                                501 Fifth Avenue, 15th Floor
                                New York, New York 10017
                                Tel: (212) 286-1425
                                *Attorney for Plaintiff*

William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Ave., 15th Floor
New York, New York 10017
(Phone) (212) 286-1425; (Fax) (646) 688-3078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
|  |  |  |
|---|---|---|
| LUBOV KONIK, | : | ECF |
|  | : | 21 Civ. 614 (KAM) |
| Plaintiff, | : |  |
|  | : |  |
| -against- | : |  |
|  | : |  |
| HOME FAMILY CARE INC., | : |  |
| ALEKSANDER KISELEV and JOHN DOES #1-10, | : |  |
|  | : |  |
| Defendants. | : |  |

------------------------------------------------------------------------X

# TIME RECORDS

Date		Hours			Description

3/10/20		4.6
Mtg with client (1.1); reviewing documents (.8); researching defendant (1.1) drafting affidavit (1.6)

2/3/21		6.4
Drafting complaint

2/4/21		3.7
Drafting and filing complaint

2/16/21		.5
Filing Affidavit of Service of Complaint

3/29/21		.9
Reviewing Answer

5/17/21		3.1
Drafting damage spreadsheet and call with client

9/29/21		4.8
Drafting document requests

9/30/21     3.3
Preparing and serving Notice of 30b6 deposition (1.1); drafting and serving document requests (2.2)

10/29/22    2.2
Drafting settlement damage spreadsheet and sending to Defense counsel (1.7); email and calls with client regarding settlement (.5)

1/24/22     4.5
Preparing exhibits for Kiselev deposition (2.2); reviewing documents and preparing outline for Kiselev deposition (2.3)

1/25/22     4.2
Preparing for and taking deposition of Kiselev

1/26/22     1.3
Drafting list of documents identified for production at Kiselev deposition and emailing to Defense counsel

3/4/22      2.8
Drafting settlement damage spreadsheet and sending to Defense counsel (2.4); email and call with client regarding settlement (.4)

6/21/22     7.1
Preparation and taking depositions of Anna Moore, Bela Tsypenyuk and Marina Tkachuk

6/27/22     3.4
Reviewing prior depositions (2.1); preparing outline for deposition of Rios (1.3)

6/28/22     2.7
Preparation and taking deposition of Maria Rios

10-24-22    3.5
Reviewing complaint and documents to prepare pre settlement conference statement

10-25-22    8.7
Researching Spread of Hours wages and Wage Parity Act Wages (2.6); drafting Pre Settlement Conference Statement and exhibits and sending to Magistrate (6.1)

10-30-22    .4
Call with client re mediation

10-31-22     2.3
Conference call with Magistrate re settlement and preparation therefore (1.9); emails with client regarding settlement conference (.4)

11-1-22      3.6
Call with client re settlement conference (.5); Settlement conference with Magistrate Judge (3.1)

11-2-22      5.6
Drafting Settlement Agreement and sending to Defense counsel

11-5-22      .5
Reviewing revisions of Defense counsel and finalizing

11-10-22     .1
Adding signature of Defendants to agreement

11-14-22     .1
Adding signature of plaintiff to agreement

11-14-22     1.2
Drafting motion for settlement approval

11-16-22     7.8
Researching law re Cheeks (2.2); drafting motion for settlement approval and sending to Defense counsel (5.6)

11-19-22     3.6
Finalizing and filing Motion for approval of settlement

Hours        92.9

Expenses                $3,807.90

Cmplt-Filing            $402
Cmplt-Service           $90
Deposition 1/25/22      $1,208.65
Depositions 6/21/22     $1,572.30
Depositions 6/28/22     $534.95

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | William Rand Esq<br>William Coudert Rand Law Office<br>501 5th Ave, 15th Floor<br>New York, NY, 10017 | Invoice #: | **5889312** |
|---|---|---|---|
| | | Invoice Date: | **7/7/2022** |
| | | Balance Due: | **$1,572.30** |

| Case: Lubov, Konik v. Home Family Care Inc. Et Al, 21 Civ. 00614 (Edny) (21cv614) | **Proceeding Type: Depositions** |
|---|---|

Job #: 5285830    |    Job Date: 6/21/2022    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | William Rand Esq |
| Scheduling Atty: | William Rand Esq | William Coudert Rand Law Office |

| **Witness: Anna Moore** | **Quantity** | **Amount** |
|---|---:|---:|
| Original with 1 Certified Transcript | 100.00 | $545.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 35.00 | $22.75 |
| **Witness: Bela Tsypenyuk** | **Quantity** | **Amount** |
| Original with 1 Certified Transcript | 15.00 | $81.75 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| **Witness: Marina Tkachuk** | **Quantity** | **Amount** |
| Original with 1 Certified Transcript | 67.00 | $365.15 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 1.00 | $0.65 |
| | **Quantity** | **Amount** |
| Attendance | 2.00 | $190.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

Notes:

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:<br>Invoice Date:<br>Balance Due: | **5889312**<br>**7/7/2022**<br>**$1,572.30** |
|---|---|---|---|

37259

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---:|
| **Invoice Total:** | **$1,572.30** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,572.30** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---:|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5889312** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **7/7/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,572.30** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

37259

**Veritext, LLC**
**New York Region**



**Bill To:** William Coudert Rand Law Office
501 5th Ave, 15th Floor
New York NY 10017

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Debbie Vasquez at 1-800-955-2421 or finance@veritext.com

| Statement Date: 2/5/2022 | | | | | | | | Total Balance Due: $1,208.65 |
|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | **Balance Due** |
| 5555510 | 2/3/2022 | 5043925 | 1/25/2022 | Lubov Konik v Home Family Care Inc. And Aleksander Kiselev | William Rand Esq | O | 2 | $1,208.65 |
| | | | | | | | Total: | $1,208.65 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $1,208.65 | $0.00 | $0.00 | $0.00 | $1,208.65 |

Please Remit Payment To:   Veritext   Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569                              Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | William Rand Esq<br>William Coudert Rand Law Office<br>501 5th Ave, 15th Floor<br>New York, NY, 10017 | | Invoice #: | 5555510 |
|---|---|---|---|---|
| | | | Invoice Date: | 2/3/2022 |
| | | | Balance Due: | $1,208.65 |

**Case: Lubov Konik v. Home Family Care Inc. And Aleksander Kiselev (ECF21Civ.614(KAM)(TAM))**   **Proceeding Type: Depositions**

Job #: 5043925   |   Job Date: 1/25/2022   |   Delivery: Normal

Location:
Billing Atty:   William Rand Esq
Scheduling Atty:   William Rand Esq | William Coudert Rand Law Office

| Witness: Mr. Aleksander Kisilev | Quantity | Amount |
|---|---:|---:|
| Original with 1 Certified Transcript | 127.00 | $692.15 |
| Attendance | 1.00 | $95.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 |
| Surcharge - Expert/Medical/Technical | 127.00 | $95.25 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 85.00 | $55.25 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,208.65 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,208.65 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:  5555510<br>Invoice Date:  2/3/2022<br>Balance Due:  $1,208.65 |
|---|---|---|

37259

**Veritext, LLC - New York Region**
Tel. (516) 608-2400  Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | William Rand Esq<br>William Coudert Rand Law Office<br>501 5th Ave, 15th Floor<br>New York, NY, 10017 | **Invoice #:** | **5898436** |
|---|---|---|---|
| | | **Invoice Date:** | **7/12/2022** |
| | | **Balance Due:** | **$534.95** |

**Case: Lubov Konik v. Home Family Care Inc. Et Al, 21 Civ. 00614 (EDNY) (21cv614)**      **Proceeding Type: Depositions**

Job #: 5300875  |  Job Date: 6/28/2022  |  Delivery: Normal

Location:           New York, NY
Billing Atty:       William Rand Esq
Scheduling Atty:    William Rand Esq | William Coudert Rand Law Office

| **Witness: Maria Rios** | **Quantity** | **Amount** |
|---|---:|---:|
| Original with 1 Certified Transcript | 31.00 | $168.95 |
| Attendance | 1.00 | $95.00 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$534.95** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$534.95** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:** | **5898436** |
|---|---|---|---|
| | | **Invoice Date:** | **7/12/2022** |
| | | **Balance Due:** | **$534.95** |

37259