UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KONIK LUBOV,                                          :
                                                      :     ECF
                         Plaintiff,                   :     21 Civ. 614
                                                      :
     -against-                                        :
                                                      :
HOME FAMILY CARE INC.,                                :
ALEKSANDER KISELEV and JOHN DOES #1-10,               :
                                                      :
                         Defendants.                  :
------------------------------------------------------------------------X

## FIRST AMENDMENT TO SETTLEMENT AGREEMENT

IT IS HEREBY AGREED, by and between KONIK LUBOV by her counsel and HOME FAMILY CARE INC. and ALEKSANDER KISELEV, by their counsel, that Paragraph No. 1 of the Settlement Agreement executed on November 14, 2022 is amended and replaced by the following paragraph:

"1.    In consideration of the payment to Plaintiff by Defendants of Twenty-Three Thousand Dollars ($23,000) (the "Settlement Amount"), Plaintiff hereby releases and forever discharges Defendants, as well as, as applicable, Defendants' current and former owners, managers, supervisors, employees, directors, administrators, officers, shareholders, accountants, attorneys, insurers and insurance carriers, and agents, as well as anyone employed by or affiliated with Defendants, as well as Defendants' respective parent companies, affiliates, predecessors, successors, subsidiaries, and other related companies (all of said individuals and entities, collectively referred to as "Releasees"), from any and all claims, complaints, causes of action, lawsuits, demands, back-wages, attorney's fees, benefits, debts, controversies, damages, judgments, in law or equity, related to Plaintiff's employment by Home Family Care Inc., under the FLSA, NYLL, NYWPA, or any other law, regulation, or ordinance regulating the payment of wages."

IT IS FURTHER STIPULATED AND AGREED that this Agreement may be executed in counterparts, and

IT IS FURTHER STIPULATED AND AGREED that facsimile and/or electronic signatures may be treated as original signatures.

Dated: November 22, 2022

| LAW OFFICE OF WILLIAM COUDERT RAND | VLADIMIR TSIRKIN & ASSOCIATES, PA |
|---|---|
| By: ___/s/ Wm C. R/___<br>William C. Rand, Esq. | By: ___Vladimir Tsirkin___<br>Vladimir Tsirkin, Esq. |
| 501 Fifth Ave. 15th Floor<br>New York, New York 10017<br>(212) 286-1425<br>wcrand@wcrand.com<br>*Attorney for Plaintiff* | 800 S.E. 4th Ave., Suite 620<br>Hallandale, FL 33009<br>305-831-4333<br>vt@tsirkinlaw.com<br>*Attorneys for Defendants* |